UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-4852-MWF(AFMx)**                                  Dated: **August 29, 2016**

Title:      WBI,Inc. -v- Zurich America Insurance Company, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Rita Sanchez                        Nichole Forrest
            Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

            Daniel R. Gutenplan                  Julie L. Young

**PROCEEDINGS:**        **MOTION TO STAY CASE AND COMPEL ARBITRATION [13]; MOTION TO REMAND [16]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

-1-                                               :15 min